

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEVIN BRUSHAE GOODMAN, | § | No. 08-24-00031-CR |
| Appellant, | § | Appeal from the |
| v. | § | 186th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2019CR11578) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF OCTOBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.